**Appeal No.    2020AP1085**

Cir. Ct. No.  2020ME2

**STATE OF WISCONSIN**

**IN COURT OF APPEALS
DISTRICT IV**

---

IN RE THE COMMITMENT OF J.J.K.:

ROCK COUNTY,

    PETITIONER-RESPONDENT,

   V.

J. J. K.,

    RESPONDENT-APPELLANT.

FILED

April 30, 2021

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

---

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin   53202-3161

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Christina Plum, Sarah Motiff
Court of Appeals
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District IV
2921 Landmark Place, Suite 415
Madison, WI  53713-4248

Hon. Jeffrey Kuglitsch
Circuit Court Judge
51 S. Main St.
Janesville, WI 53545

Jodi Timmerman
Register in Probate
Rock Co. Courthouse
51 S. Main Street
Janesville, WI 53545

Bridget Laurent
Assistant Corporation Counsel
51 S. Main St.
Janesville, WI 53545-3951

Guy R. Temple
Reinhart Boerner Van Deuren s.c.
1000 N. Water St., Ste. 1700
Milwaukee, WI 53201-2965

PLEASE TAKE NOTICE that corrections were made to paragraphs 1 and 39 in the above-captioned opinion which was released on April 29, 2021. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.